# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

NO. 2022 CW 0029

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

**APRIL 8, 2022**

---

In Re: Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE: WELCH, THERIOT, AND LANIER, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**

Welch, J., concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) *(per curiam)*, are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT